

**United States Probation and Pretrial Services**
*Western District of Washington*

**Monique D. Neal**
*Chief*

**Brenda L. Amundson**
*Deputy Chief*

# MEMORANDUM

Date:       April 1, 2026

To:         The Honorable Lauren King, United States District Judge

From:       Britney Sutton
            United States Probation Officer

Subject:    Amber Marie Olberg
            Case Number: 2:22CR00173LK-001

            STATUS REPORT

**STATUS**:

On June 17, 2025, a violation report and request for warrant was submitted to Your Honor alleging Ms. Olberg violated the condition of probation by 1) failing to report for drug testing on multiple occasions; 2) failing to report a change of address within 72 hours; and 3) failing to follow the probation officer's instructions. Your Honor endorsed my request, and a warrant was issued the same day.

While on abscond status, Ms. Olberg self-admitted to inpatient treatment for 30 days. Prior to being discharged from treatment, Ms. Olberg contacted me to discuss her discharge, including her desire to self-surrender on her warrant.

On February 25, 2026, Ms. Olberg self-surrendered and appeared for an initial appearance before The Honorable Judge S. Kate Vaughan, United State Magistrate Judge. Ms. Olberg denied allegations and was released on bond under the current conditions of probation. Per my instruction, Ms. Olberg reported to the probation office and provided a sample for drug testing which returned negative for all substances.

An evidentiary hearing for revocation of probation is scheduled before Your Honor for April 7, 2026.

**ADJUSTMENT AND EVALUATION**:

On February 25, 2026, after Ms. Olberg was released on bond, she checked herself back into inpatient treatment for an additional 30 days, successfully discharging from treatment on March 26, 2026. During the last 30 days in inpatient treatment, Ms. Olberg worked to identify and develop effective ways of coping with stress which will allow her to effectively move through the "action stage" of maintaining her sobriety on to the maintenance stage of change in hopes to avoid the relapse stage. The "action stage" of change tends to be a very stressful stage as this is where development and implementation of new behaviors and habits take place. Individuals in this state are actively working to change their lives, taking concrete steps towards recovery and personal growth. To sustain her progress, Ms. Olberg engrossed herself in a clean and sober lifestyle, moving her and her daughter into a clean and sober house over 120 miles from her previous address, removing herself from the physical temptations of known drug contacts, and engaging in sober support including Narcotics Anonymous, attending church, and connecting with community resources for her daughter.

The Honorable Lauren King, United States District Judge                                    Page 2
RE: Amber Marie Olberg, 2:22CR00173LK-001                                              April 1, 2026

**RECOMMENDATION**:

While change is nonlinear, Ms. Olberg has made the necessary steps to course correct, establishing a roadmap for navigating a life-altering journey towards sobriety. As each stage of this journey requires time, support, and patience, I respectfully recommend the Court strike the hearing scheduled for April 7, 2026. Ms. Olberg's term of probation is due to expire on May 11, 2026. I believe she has taken the necessary steps to maintain her sobriety, which will allow Ms. Olberg to continue to demonstrate a willingness and capability to remain lawful beyond the period of probation.

I consulted with Assistant United States Attorney, Michel Dion, and he concurs with my recommendation.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 1st day of April, 2026.

BY:

_____
Britney Sutton
United States Probation Officer

_____
Analiese D. Johnson
Supervising United States Probation Officer

### THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☑ Strike the Evidentiary Hearing scheduled for April 7, 2026
☐ Continue the hearing as scheduled
☐ Additional option:

_____
Signature of Judicial Officer

April 1, 2026
Date